UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, on behalf of himself and all other persons similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>Udemy, Inc.,<br><br>　　　　　　　　　　Defendants | CIVIL ACTION NO. 24 Civ. 1323 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Tuesday, June 18, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss whether they would like to participate in a settlement conference and, if so, their availability for doing so.

Dated:　　New York, New York
　　　　　　May 30, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**